

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00714-CV

**IN RE** Garry David **GALLARDO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Jason Pulliam, Justice

Delivered and Filed:  December 7, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On October 31, 2016, Relator filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-18321, styled *Garry D. Gallardo v. Maria L. Gonzalez, et al*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.